IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| **FRANCISCO JAVIER PEREZ RAMONES,** | ) | |
| | ) | |
| Plaintiff, | ) | 0:19-cv-062949-RNS |
| | ) | |
| v. | ) | Judge Scola |
| | ) | Magistrate Judge Snow |
| **AR RESOURCES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, **FRANCISCO JAVIER PEREZ RAMONES**, requests that, at such time as *voir dire* of the jury venire is conducted, this Court ask the venire each of the following questions.

### Plaintiff's Requested Voir Dire Question Number [1]

Is anyone employed by a business that collects debts and/or reports credit information to the consumer reporting agencies (i.e., Experian, Equifax and Trans Union) or who have family members or close friends who are so employed?

### Plaintiff's Requested Voir Dire Question Number [2]

Do any of you, or any member of your family or friends have any experience in the reporting of credit information to the consumer reporting agencies?

### Plaintiff's Requested Voir Dire Question Number [3]

Does anyone have concerns or objections to awarding money damages?

**Plaintiff's Requested Voir Dire Question Number [4]**

Does anyone have concerns about or objections to awarding money damages for emotional distress, humiliation, or damage to a person's reputation? Anyone have a cap or top limit in their minds for such an award?

**Plaintiff's Requested Voir Dire Question Number [5]**

Does anyone have concerns about or objections to awarding money damages to punish a party for their actions? Anyone have a cap or top limit in their minds for such an award?

Respectfully submitted,
**FRANCISCO JAVIER**
**PEREZ RAMONES**

By:   s/ David M. Marco
         Attorney for Plaintiff

Dated: August 18, 2021

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:   (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:         dmarco@smithmarco.com